# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Abel Cisneros-Rodriguez**<br>YOB: 1979; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-07203MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 19, 2021, at or near Lukeville, in the District of Arizona, **Abel Cisneros-Rodriguez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on January 8, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Abel Cisneros-Rodriguez** is a citizen of Mexico. On January 8, 2020, **Abel Cisneros-Rodriguez** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On April 19, 2021, agents found **Abel Cisneros-Rodriguez** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Abel Cisneros-Rodriguez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau*<br>[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54 | DATE<br>April 20, 2021 |